IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLENE LEONARD, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-4692 |
| | : | |
| v. | : | |
| | : | |
| BRISTOL TOWNSHIP SCHOOL DISTRICT, | : | |
| JAMES ANDERS, GERRY BARCIK, | : | |
| JAMES WHITE, AND ELLEN BUDMAN, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 28th day of July, 2010, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 7), Plaintiff's Response in Opposition (Docket No. 8), Defendants' Reply Brief (Docket No. 10), and Plaintiff's Sur-Reply Brief (Docket No. 13), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.